**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SCRIPT SECURITY SOLUTIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> LOGITECH INC. <br><br> Defendant. | CIVIL ACTION NO. 2:16-cv-01400 <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Sarah J. Ring, enters her appearance in this matter as counsel for Plaintiff, Script Security Solutions L.L.C., for the purpose of receiving notices and orders from the Court.

Dated: December 12, 2016

Respectfully submitted,

*/s/ Sarah J. Ring*
Sarah J. Ring
**THE RING LAW FIRM, PLLC**
Texas Bar No. 24056213
sring@ringipfirm.com
9654 C Katy Frwy., Box 263
Houston, Texas 77055
Telephone: (281) 772-6541

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                             */s/ Sarah J. Ring*
                                             Sarah J. Ring