**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **SCRIPT SECURITY SOLUTIONS, L.L.C.** | |
| Plaintiff, | |
| v. | Civil Action No. 2:16-cv-01400 |
| **LOGITECH INC.** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Defendant Logitech Inc. ("Defendant") files this Notice of Appearance of Lead Counsel, and hereby notifies the Court that Bret T. Winterle, of the law firm Fish & Richardson P.C., located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, is appearing as lead counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the below referenced address.

Dated:  February 1, 2017

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Bret T. Winterle*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Bret T. Winterle
Texas Bar No. 24084249
winterle@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile

**COUNSEL FOR DEFENDANT
LOGITECH INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 1, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Bret T. Winterle*
Bret T. Winterle