**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SCRIPT SECURITY SOLUTIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> LOGITECH INC., <br><br> Defendant. | Civil Action No. 2:16-cv-01400-JRG-RSP <br> **(Consolidated Lead Case)** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Pursuant to the Court's Standing Order, Plaintiff Script Security Solutions, L.L.C. ("Plaintiff") provides notice that the remaining defendants in the above-captioned consolidated matter have all answered the Plaintiff's Complaint, or filed (or authorized filing of) a motion to dismiss or to transfer, so the parties are ready for a scheduling conference.

The currently pending motions in this consolidated case are:

- Logitech, Inc.'s Motion to Dismiss for Failure to State a Claim (Dkt. 20).

- Bot Home Automation's Motion to Dismiss for Failure to State a Claim (Dkt. 20 in C.A. No. 2:16-cv-01401).

- Canary Connect Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. 16 in C.A. No. 2:16-cv-01402).

- Netgear, Inc.'s Motion to Dismiss for Failure to State a Claim (Dkt. 21 in C.A. No. 2:16-cv-01403).

The related lawsuits filed in this Court and involving the same patent or patents are:

- *Script Security Solutions, LLC v. Bot Home Automation, Inc.* (2:16-cv-01401) (member case).

- *Script Security Solutions, LLC v. Canary Connect, Inc.* (2:16-cv-01402) (member case).

- *Script Security Solutions, LLC v. NETGEAR, Inc.* (2:16-cv-01403) (member case).

- *Script Security Solutions, LLC v. Guardian Protection Services, Inc.* (2:16-cv-01404) (member case).

- *Script Security Solutions, LLC v. Protect America, Inc.* (2:16-cv-01405) (member case).

- *Script Security Solutions, LLC v. Vector Security, Inc.* (2:16-cv-01406) (member case).

- *Script Security Solutions, LLC v. Vivint, Inc.* (2:15-cv-00368) (dismissed).

- *Script Security Solutions, LLC v. ADT LLC* (2:15-cv-00369) (dismissed).

- *Script Security Solutions, LLC v. AT&T Digital Life, Inc.* (2:15-cv-00370) (dismissed).

- *Script Security Solutions, LLC v. CenturyLink, Inc.* (2:15-cv-00371) (dismissed).

- *Script Security Solutions, LLC v. Comcast Corporation* (2:15-cv-00372) (dismissed).

- *Script Security Solutions, LLC v. DEI Holdings, Inc.* (2:15-cv-00373) (dismissed).

- *Script Security Solutions, LLC v. FrontPoint Security Solutions, LLC* (2:15-cv-00374) (dismissed).

- *Script Security Solutions, LLC v. Lifeshield Security LLC* (2:15-cv-00375) (dismissed).

- *Script Security Solutions, LLC v. Monitronics International, Inc.* (2:15-cv-00376) (dismissed).

- *Script Security Solutions, LLC v. Protection One Alarm Monitoring, Inc.* (2:15-cv-00377) (dismissed).

- *Script Security Solutions, LLC v. SimpliSafe, Inc.* (2:15-cv-00378) (dismissed).

- *Script Security Solutions, LLC v. Amazon.com, Inc.* (2:15-cv-01030) (dismissed).

- *Script Security Solutions, LLC v. Best Buy Stores, LP* (2:15-cv-01031) (dismissed).

- *Script Security Solutions, LLC v. Panasonic Corporation of North America* (2:15-cv-01032) (dismissed).

- *Script Security Solutions, LLC v. Time Warner Cable Enterprises LLC* (2:15-cv-01033) (dismissed).

- *Script Security Solutions, LLC v. Cellco Partnership d/b/a Verizon Wireless* (2:15-cv-01034) (dismissed).

- *Script Security Solutions, LLC v. VTech Communications, Inc.* (2:15-cv-01035) (dismissed).

The patents-in-suit are U.S. Patent No. 6,542,078, titled "Portable Motion Detector and Alarm System and Method," U.S. Patent No. 6,828,909, titled "Portable Motion Detector and Alarm System and Method," and U.S. Patent No. 7,113,091, titled "Portable Motion Detector and Alarm System and Method."

No Markman hearing or trial date has been set in the future for the above-referenced related cases.

Dated: February 28, 2017                    Respectfully submitted,

/s/ Zachariah S. Harrington
Matthew J. Antonelli

3

Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Sarah J. Ring
THE RING LAW FIRM, PLLC
Texas Bar No. 24056213
sring@ringipfirm.com
9654 C Katy Frwy., Box 263
Houston, Texas 77055
Telephone: (281) 772-6541

*Attorneys for Script Security Solutions L.L.C.*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 28th day of February, 2017, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

<u>/s/ *Zachariah S. Harrington*</u>
Zachariah S. Harrington