# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SCRIPT SECURITY SOLUTIONS LLC | § | |
| | § | |
| V. | § | No. 2:16CV1400-JRG-RSP |
| | § | LEAD CASE |
| LOGITECH, INC., ET AL. | § | |

## HOTLINE ORDER

The above-entitled cause of action is assigned to Judge Rodney Gilstrap and referred to Magistrate Judge Payne for pretrial purposes. On June 2, 2017, the Court held a hotline hearing involving Plaintiff Script Security Solutions L.L.C. and Consolidated Defendant Netgear, Inc. (Member Case No. 2:16cv1403).

During the deposition of Netgear's Rule 30(b)(6) witness regarding document collection and production issues, Netgear's counsel instructed the witness not to discuss a topic related to Netgear's method of searching for documents, including dates, individuals contacted, files searched, and the identity of individuals whose files were searched. According to Netgear's counsel, the information sought in response to this disputed topic is protected as being attorney work product. Upon consideration of the parties' arguments, the Court **SUSTAINED** Netgear's objection. However, Plaintiff's counsel can inquire as to whether in fact a search was conducted for specific documents.

The second disputed topic related to the completeness of the documents produced by Netgear. During the hotline hearing, the parties reached a compromise on this second issue.

**IT IS SO ORDERED**.
**SIGNED this 2nd day of June, 2017.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE