# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SCRIPT SECURITY SOLUTIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> LOGITECH INC. <br><br> Defendant. | CIVIL ACTION NO. 2:16-cv-1400-JRG-RSP <br><br> **(Consolidated Lead Case)** |

## SCRIPT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Script Security Solutions L.L.C. respectfully moves under Local Rule CV-7(e) for a two-week extension of time until July 6, 2017 to respond to the following motions to dismiss filed yesterday:

- Defendant Bot Home Automation Inc.'s combined rule 12(b)(3) Motion to Dismiss for Improper Venue and in the Alternative Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. 78),

- Defendant Logitech Inc.'s combined rule 12(b)(3) Motion to Dismiss for Improper Venue and in the Alternative Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. 79), and

- Defendant Netgear Inc.'s combined rule 12(b)(3) Motion to Dismiss for Improper Venue and in the Alternative Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim) (Dkt. 80).

This motion is made for good cause and not for purposes of delay. Defendants do not oppose this motion.

Dated: June 8, 2017

Respectfully submitted,

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com

Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

Sarah J. Ring
The Ring Law Firm, PLLC
Texas Bar No. 24056213
sring@ringipfirm.com
9654 C Katy Frwy., Box 263
 Houston, Texas 77055
 Telephone: (281) 772-6541

Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail:  ederieux@capshawlaw.com

*Attorneys for Script Security Solutions L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with counsel for defendants regarding this motion and defendants do not oppose the two-week extension sought by the motion.

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington