IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SCRIPT SECURITY SOLUTIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> LOGITECH INC. <br><br> Defendant. | CIVIL ACTION NO. 2:16-cv-1400-JRG-RSP <br><br> **(Consolidated Lead Case)** |

## ORDER GRANTING SCRIPT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff Script Security Solutions L.L.C.'s Unopposed Motion for Extension of Time. The Court hereby GRANTS the Motion and ORDERS that Plaintiff has until July 6, 2017 to respond to the following motions to dismiss:

- Defendant Bot Home Automation Inc.'s combined rule 12(b)(3) Motion to Dismiss for Improper Venue and in the Alternative Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. 78),

- Defendant Logitech Inc.'s combined rule 12(b)(3) Motion to Dismiss for Improper Venue and in the Alternative Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. 79), and

- Defendant Netgear Inc.'s combined rule 12(b)(3) Motion to Dismiss for Improper Venue and in the Alternative Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim) (Dkt. 80).

**SIGNED this 9th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE