# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SCRIPT SECURITY SOLUTIONS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH INC.,<br><br>Defendant. | Civil Action No. 2:16-cv-01400-JRG-RSP<br>**(Consolidated Lead Case)** |
| SCRIPT SECURITY SOLUTIONS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION SERVICES, INC.,<br><br>Defendant. | Civil Action No. 2:16-cv-01404-JRG-RSP<br>**(Member Case)** |

## ORDER

Plaintiff Script Security Solutions, L.L.C. ("Script") and Defendant Guardian Protection Services, Inc. ("Guardian") have announced to the Court they have resolved Script's claims for relief against Guardian asserted in this case. The parties, through their attorneys of record, move the Court to dismiss all claims by Script that do not relate to the UTC Fire & Security Americas, Inc.'s ("UTC") products with prejudice, and dismiss any counterclaims brought by Guardian and Script's claims against Guardian that relate to the UTC products without prejudice, with all attorneys' fees, costs, and expenses taxed against the party incurring same.

The motion should be **GRANTED**. The Court therefore **DISMISSES** (1) Script's claims for relief against Guardian that do not relate to the UTC products **WITH PREJUDICE**, and (2) Guardian's counterclaims for relief against Script and Script's claims for relief against Guardian that relate to the UTC products **WITHOUT PREJUDICE**. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same. The Court retains jurisdiction over this matter for the limited purpose of enforcing the settlement agreement.

**SIGNED this 12th day of December, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE